# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

September 8, 2014

**Via CM/ECF**
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

        Re:    **Hirsch v. Paras New York Inc. et al.**
                   **Case Number: 1:14-cv-04538-AT**

Dear Judge Torres:

      The undersigned represents the Plaintiff in the above-captioned case matter.

      This is an enforcement action pursuant to the ADA and similar state and local statutes. We have sent the Complaint to be served, and there has been no appearance of either Defendants' counsel.

      The Initial Pre-Trial Conference in this matter is currently scheduled for September 9, 2014, at 4:30 p.m., in your Courtroom. This is the first scheduled date for this Conference, and the first request for adjournment, since counsel for Defendants have not yet appeared or filed an answer. As such, no opposing counsel are available with whom to confer in this matter. Furthermore, the undersigned will be out-of-the-country in Israel, for the upcoming Jewish Holidays, and therefore, it is respectfully requested that this Conference be reset to a date sometime during the fourth or fifth weeks of October, when undersigned counsel will return, or anytime in November at the Court's convenience.

      Thank you for your attention to this matter.

                                      Yours very truly,

                                      By: /S/ B. Bradley Weitz
                                          B. Bradley Weitz, Esq. (BW 9365)
                                          THE WEITZ LAW FIRM, P.A.
                                          Attorney for Plaintiff
                                          Bank of America Building
                                          18305 Biscayne Blvd., Suite 214
                                          Aventura, Florida 33160
                                          Telephone: (305) 949-7777
                                          Facsimile: (305) 704-3877
                                          Email: bbw@weitzfirm.com