# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

September 8, 2014

<u>Via CM/ECF</u>
Honorable Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15D
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2014
```

      Re:      Hirsch v. Paras New York Inc. et al.
               <u>Case Number: 1:14-cv-04538-AT</u>

Dear Judge Torres:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    This is an enforcement action pursuant to the ADA and similar state and local statutes. We have sent the Complaint to be served, and there has been no appearance of either Defendants' counsel.

    The Initial Pre-Trial Conference in this matter is currently scheduled for September 9, 2014, at 4:30 p.m., in your Courtroom. This is the first scheduled date for this Conference, and the first request for adjournment, since counsel for Defendants have not yet appeared or filed an answer. As such, no opposing counsel are available with whom to confer in this matter. Furthermore, the undersigned will be out-of-the-country in Israel, for the upcoming Jewish Holidays, and therefore, it is respectfully requested that this Conference be reset to a date sometime during the fourth or fifth weeks of October, when undersigned counsel will return, or anytime in November at the Court's convenience.

    Thank you for your attention to this matter.

                                             Yours very truly,

Plaintiff's request is GRANTED. The initial pre-trial conference scheduled for September 9, 2014 is ADJOURNED to **October 30, 2014 at 4:00 p.m.** The parties shall submit a joint letter and case management plan by **October 24, 2014**.

SO ORDERED.
Dated: September 9, 2014
       New York, New York

By: <u>/S/ B. Bradley Weitz</u>
     B. Bradley Weitz, Esq. (BW 9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile: (305) 704-3877
     Email: bbw@weitzfirm.com

_____
ANALISA TORRES
United States District Judge